# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

Eastern District of Kentucky
FILED
MAR 11 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S DISTRICT COURT

CRIMINAL ACTION NO. 21-9-DLB-CJS

UNITED STATES OF AMERICA                                              PLAINTIFF

V.          **MOTION OF UNITED STATES**
            **FOR ISSUANCE OF ARREST WARRANT**

CHARLES H. CRAWFORD, JR.                                              DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, CHARLES H. CRAWFORD, JR., returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: /s/ Kyle M. Winslow
Kyle M. Winslow
Assistant United States Attorney
207 Grandview Drive
Fort Mitchell, Kentucky 41017
(859) 652-7036
FAX (859) 655-3211
Kyle.Winslow@usdoj.gov