UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CRIMINAL MINUTES – REARRAIGNMENT AND PLEA

**Case No. 2:21-cr-9-DLB-CJS**           **at Covington**           **8/13/2021**

USA vs. Charles H. Crawford, Jr.     X present     ___ custody   X bond    ___ OR    Age 48

DOCKET ENTRY: The defendant appeared with counsel for re-arraignment in this matter and proceedings were held as noted. The defendant was placed under oath and questioned by the Court. The Court finds the defendant to be competent and capable of entering an informed plea. The guilty plea is a knowing and voluntary plea, supported by an independent basis in fact containing the essential elements of the offenses charged in count 1. The guilty plea is accepted, and the defendant is adjudged guilty of the offenses charged in count 1 of the Indictment.

PRESENT:    HON. DAVID L. BUNNING, U.S. DISTRICT JUDGE

Stacie Gabbard            Joan Averdick            Kyle Winslow
Deputy Clerk              Court Reporter           Assistant U.S. Attorney

Counsel for Deft:  Robert McBride       X present       X appointed

PROCEEDINGS: **REARRAIGNMENT AND GUILTY PLEA**

- **X**  Copy of the Indictment previously given to Defendant.
- **X**  Defendant states true name is Charles Hubert Crawford, Jr.
- **X**  Defendant formally re-arraigned & specifically advised of rights, pursuant to Rule 11, F.R.Cr.P.
- **X**  Defendant moves to **CHANGE PLEA** to **Count 1** of the Indictment.
- **X**  Defendant **PLEADS GUILTY** to **Count 1** of the Indictment.
- **X**  Defendant's written Plea Agreement shall be filed of record.
- **X**  Sufficient Factual basis for guilty plea.
- **X**  Court orders Presentence Report, with copies to be furnished to counsel and the Defendant, pursuant to Rule 32 F.R.Cr.P.
- **X**  Defendant is released on the same bond conditions pending sentencing.

Case Continued until **Wednesday, November 24, 2021 at 10:30 a.m. at Covington before Judge David L. Bunning** for Sentencing subject to intervening orders of the court.

Copies: COR, USP, USM
Initials of Deputy Clerk: **SLG**

TIC:   35 mins.